CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

SEP 08 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

LULA G. LUCAS,

    Plaintiff,

v.

COMMISSIONER OF SOCIALSECURITY,

    Defendant.

Case No. 2:07CV00064

**FINAL JUDGMENT**

By: James P. Jones
Chief United States District Judge

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: September 8, 2008

/s/ James P. Jones
Chief United States District Judge